

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:05CR0327-14 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Judge John M. Manos |
| ) | |
| TRAVIS MILTON, ) | |
| ) | |
| Defendant. ) | **ORDER** |

On July 7, 2005, a multi-count Indictment was filed charging Travis Milton, Defendant, with one (1) count of conspiracy to possess with intent to distribute a controlled substance in violation of Title 21 of the United States Code, Section 846; and five (5) counts of unlawful use of a communication facility to facilitate acts constituting a felony under 21 U.S.C. § 846, all in violation of Title 18 of the United States Code, Section 2 and Title 21 of the United States Code, Section 843(b). (Docket No. 1.)

On July 08, 2005, the Defendant pleaded not guilty to Counts 1, 67, 72, 82, 87, and 89 of the Indictment. (Docket No. 33.) On September 20, 2005, the above-captioned matter was referred to a United States Magistrate Judge pursuant to General Order 99-49, with the consent of the parties, for the purpose of accepting a change of plea. At a hearing held on October 3, 2005,

Defendant, accompanied by counsel, proffered a plea of guilty to Count 1 of the Indictment.

On October 3, 2005, the Magistrate Judge issued a Report and Recommendation documenting Defendant's plea. (Docket No. 240.) The Report indicates that Defendant was advised of his rights and that the hearing otherwise complied with all requirements imposed by the United States Constitution and Federal Criminal Procedure Rule 11. Finding that the plea was made knowingly, intelligently, and voluntarily, the Magistrate recommends that this Court accept and enter the Defendant's plea of guilty to Count 1 of the Indictment.

Pursuant to General order 99-49, and absent any objections by the parties heretofore made, the Court accepts and adopts the Report and Recommendation of the Magistrate Judge. In doing so, the Court finds that the Defendant knowingly, intelligently, and voluntarily entered a plea of guilty to the Count 1 of the Indictment, and that all of the requirements imposed by the United States Constitution and Fed. R. Crim. P. 11 have been satisfied. Therefore, the Court accepts the Defendant's plea and enters it accordingly. This mater is referred to the Probation Office for pre-sentence investigation.

**IT IS SO ORDERED.**

Date: October 6, 2005

_____
UNITED STATES DISTRICT JUDGE